UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON SAPP,<br><br>            Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION, Warden,<br><br>            Respondent. | Case No. 17-cv-00973-YGR (PR)<br><br>**JUDGMENT** |

    Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).

    IT IS SO ORDERED.

Dated: March 10, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge